# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS, | Case No.  1:15-cv-00170-LJO-GSA-HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| v. | |
| SCOTT FRAUENHEIM, | (ECF No. 10) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On April 20, 2015, Respondent filed a motion to extend the time to file his response to Petitioner's habeas petition.

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Respondent is granted to and including May 20, 2015, to file his response to Petitioner's habeas petition.

IT IS SO ORDERED.

Dated:   __April 20, 2015__                    _____ **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE