1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS, | Case No.  1:15-cv-00170-LJO-GSA-HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S SECOND MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION |
| v. | |
| SCOTT FRAUENHEIM, | (ECF No. 12) |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On May 19, 2015, Respondent filed his second motion to extend the time to file his response to Petitioner's habeas petition.  (ECF No. 12).

Good cause having been presented to the Court,

IT IS HEREBY ORDERED that Respondent is granted to and including June 4, 2015, to file his response to Petitioner's habeas petition.

IT IS SO ORDERED.

Dated:   **May 20, 2015**            **/s/ Gary S. Austin**
                              UNITED STATES MAGISTRATE JUDGE