# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANARD KITCHENS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>SCOTT FRAUENHEIM,<br><br>　　　　　Respondent. | Case No. 1:15-cv-00170-LJO-GSA-HC<br><br>ORDER DIRECTING RESPONDENT TO COMPLY WITH ORDER TO RESPOND AND SUBMIT STATE COURT RECORDS |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 19, 2015, the Court issued an order directing Respondent to file a response to the petition. On June 5, 2015, Respondent filed an answer in which he cites to numerous lodged documents. Unfortunately, it appears Respondent has failed to submit those lodged documents with his answer.

　　　　Accordingly, IT IS HEREBY ORDERED that Respondent is DIRECTED to lodge the documents referenced in the answer within fourteen (14) days of the date of service of this order.

IT IS SO ORDERED.

　　Dated:　**July 21, 2015**　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1